**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 41 MAL 2018

           Respondent          :

                                         :    Petition for Allowance of Appeal from

                                         :    the Order of the Superior Court

            v.                     :

                                         :

BRETT OWEN FEESE,                  :

                                         :

           Petitioner          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.